# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

Bridget M. McCormack,
Chief Justice

157825

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 157825
COA: 335334
Wayne CC: 16-004499-FC

JOSEPH EMMANU WATSON, a/k/a
JOE E. WATSON, a/k/a
JOSEPH EMMANUEL REED,
     Defendant-Appellant.

_____/

By order of October 2, 2018, the application for leave to appeal the March 1, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077). On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019



Clerk

p0904